◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH SEMPLE, Appellant. [715 NYS2d 151] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered December 15, 1997, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant stole a van at gunpoint. He was apprehended less than an hour later, after a police pursuit during which he crashed into a light pole, then fled the van. The complainant identified the defendant at the scene of the accident.

Although the defendant met his burden of establishing that he was entitled to a missing-witness charge for three of the police officers who were involved in his arrest (*see, People v Kitching,* 78 NY2d 532; *People v Gonzalez,* 68 NY2d 424), in light of

the overwhelming evidence of the defendant's guilt, any error in the trial court's failure to give the requested charge was harmless (*see, People v Crimmins,* 36 NY2d 230, 241-242; *People v Townley,* 245 AD2d 322, 323).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are unpreserved for appellate review, and, in any event, without merit. Bracken, J. P., Thompson, S. Miller and Florio, JJ., concur.